UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
GARY LaBARBERA, LAWRENCE KUDLA, THOMAS
GESUALDI, PAUL GATTUS, THEODORE KING,
CHESTER BROMAN, FRANK FINKEL, JOSEPH
FERRARA, as Trustee and Fiduciaries of
the Local 282 Welfare, Pension, Annuity,
Job Training, and Vacation and Sick
Leave Trust Funds,

                Plaintiff(s),         ORDER

      -against-               Case No. CV-04-3823(ADS)

FLEET BUILDING MAINTENANCE, INC.,

                Defendant(s).

----------------------------------------x

SPATT, U.S.D.J.

A Notice having been sent to Plaintiff's counsel on April 15, 2005 and Plaintiff's counsel having failed to respond by April 30, 2005 informing the Court regarding the status of this case,

**IT IS ORDERED**, that this action is dismissed and the Clerk of the Court is directed to close this case.

SO ORDERED.

Dated: May 10, 2005
       Central Islip, New York

                                            HON. ARTHUR D. SPATT
                                          UNITED STATES DISTRICT JUDGE