**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

GARY LaBARBERA, LAWRENCE
KUDLA, THOMAS GESUALDI,
PAUL GATTUS, THEODORE KING,
CHESTER BROMAN, FRANK FINKEL,
JOSEPH FERRARA, as Trustee and
Fiduciaries of the Local 282 Welfare,
Pension, Annuity, Job Training, and
Vacation and Sick Leave Trust Funds,

                Plaintiffs,

      - against -

**JUDGMENT**

CV-04-3823 (ADS)

FLEET BUILDING MAINTENANCE,
INC.,
                Defendant.

----------------------------------------------------------X

      An Order of Honorable Arthur D. Spatt, having been filed on May 10, 2005, dismissing plaintiffs' complaint, it is

      **ORDERED AND ADJUDGED** that plaintiffs take nothing of defendant; and that the complaint is hereby dismissed.

Dated:  Central Islip, New York
         May 12, 2005

                                              ROBERT C. HEINEMANN
                                              CLERK OF THE COURT

                                  By:    Lorraine Sapienza
                                          Deputy Clerk